Jeffrey A. Meyers, Attorney at Law
State Bar No. 175474
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
(714) 617-5868
jmeyerslaw17@yahoo.com
Attorney for Plaintiff TITO VASQUEZ

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

(Southern Division – Santa Ana)

| | |
|---|---|
| TITO VASQUEZ,<br><br>       Plaintiff,<br><br>   v.<br><br>KICHEN CABINETS & BEYOND, a business entity; EMAD ALKLOUB, an individual; VOIT LAPALMA PARTNERS LI LLC, a California limited liability company<br><br>       Defendants, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Case No.:  8:25-cv-01628-AH-JC**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

1

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff TITO VASQUEZ hereby voluntarily dismisses this action in its entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

No defendant has filed an answer or motion for summary judgment. Accordingly, this dismissal is effective upon filing and does not require a court order.

Dated:      September 12, 2025

Respectfully submitted,

_____

Jeffrey A. Meyers, Attorney at Law

Attorney for Plaintiff TITO VASQUEZ

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

2